MOSES JAMES, PLAINTIFF IN ERROR, v. ANDREW KEYS, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Francis E. Marsh.*

For the defendant in error, *Thomas Anderson.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—COLLINS, DIXON, GARRISON, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON. 9.

*For reversal*—None.